'

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2: 15-cv-1768 KJN P |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Respondent. | |

Petitioner, a federal prisoner proceeding without counsel, has filed a petition for writ of habeas corpus. Petitioner seeks to quash and invalidate a search warrant executed in his pending federal criminal, case, 2:12-cr-0154 JAM. Accordingly, the undersigned construes petitioner's habeas petition as a motion to quash the search warrant.

Petitioner's motion to quash the search warrant should be raised in his pending criminal case rather than in a separate action. For this reason, petitioner's habeas corpus petition, construed as a motion to quash, is dismissed on grounds that it is inappropriately brought in this separate action.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action, construed as a motion to quash, is dismissed.

Dated: October 30, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Meh1768.dis